EXHIBIT

A

343-5   1538   BEAUFORT EYE CL_IC   PAGE  05

30270-094

**STRATUS OCT**
**RNFL Thickness Average Analysis  Report - 4.0.1 (0058)**

nolan, michael

DOB: 9/3/1966, ID: NA, Gender unknown

| | |
|---|---|
| Scan Type: | Fast RNFL Thickness (3.4) |
| Scan Date: | 9/7/2006 |
| Scan Length: | 10.87 mm |



OD

**Signal Strength (Max 10)**  4
**Analysis Confidence Low**

OS

**Signal Strength (Max 10)**  2
**Missing Data - Analysis Confidence Low**

| OD | Scans used | 1, 2, 3 |
|---|---|---|
| OS | Scans used | 1, 2, 3 |

| | |
|---|---|
| **Normal** | 100% |
| **distribution** | 95% |
| **Percentiles** | 5% |
| | 1% |
| | 0% |

| | | |
|---|---|---|
| 1.00 | 0.91 | 0.09 |
| 1.58 | 1.10 | -0.48 |
| 1.61 | 1.66 | -0.04 |
| | 1.50 | 1.07 |
| | 2.59 | -1.11 |
| | 48.00 | 0.00 |
| | 41.00 | -1.00 |
| | 32.00 | 26.00 |
| | 7.00 | 2.00 |
| | 21.00 | 15.00 |
| 33.70 | 26.29 | 7.60 |

Signature:

Physician:   [signature]

ROBERT VENDEL M.D.
CLINICAL DIRECTOR
FOLESTILL, SC
1-31-07

Beanfort Eye Clinic
Baxter McLendon, MD
1813 Richmond Ave.
Fort Royal, SC 29935

NAME _MICHAEL NOLAN_

F.P. _____

DATE: _SEPT. 7, 06_

C.C. & H.P.I. _Male 48_  Pt. was told he has advanced Glaucoma

Pt. states Nerves in our eyes are gone.

OCULAR Hx: Cataract/COAG/ARMD/IOL (OU,OD,OS)/RD/Bleph/Dry/CSDME/or _____
Previous Med. Hx

Ocular Meds _Travll/tm, Betimol 2/2 p.m.  Casopt 2/2_ — no change
Other Meds — no change

Other complaints: eye pain/blurred VA/redness/itch/discharge/scratchy/loss of vision/glare/burning/floaters/flashes/tearing/diff. driving/diff. reading/eyestrain/etc.  _May 06 = ® 25 Ⓛ 26_
Allergies _____  _Aug '06 F.H? ® 21 Ⓛ 21_
Review of Systems: _____  — no change in past hx

Wearing: R _____
         L _____

**EXAMINATION**

AR _____

Vision: R sc _20/400_ cc _____  PH _NI_  M _____    R _____
        L sc _20/100_ cc _____  PH _NI_  M _____    R _____
IOP: OD _18_ OS _17_  (TA/TP) _11:45 AM_    R _0.9_

Pupils/Iris: nl ____ abnl
VF's: nl ____ abnl
EOM: nl ____ abnl
Alignment: nl ____ abnl
Eyelids: nl ____ abnl
Lashes: nl ____ abnl
Lacrimal: nl ____ abnl
Tear Film: nl ____ abnl
Conj. (B&F): nl ____ abnl
Cornea (ESE ___ TF): nl ____ abnl
AC: nl ____ abnl
Lens: nl ____ abnl | NS ____ cortex | psc
                  | NS ____ cortex | psc
Vitreous: nl ____ abnl
Macula: nl ____ abnl
Retina (V,H,E): nl ____ abnl
Nerve (C/D, C): nl ____ abnl

(C/D)s

(ext. ophthalmoscopy)

Assessment: 1. _very advanced COAG OU_    **ASSESSMENT/PLANNING**
            2. _____   3. _____
            4. _____   5. _____   6. _____

Plan: _Casopt 2/2 → alpha 3/3 → Trav 1_

Counseling: Patient was counseled thoroughly regarding the nature, treatment, and prognosis of problems. YES ___ NO ___
Handouts given to patient: YES ___ NO ___  Topics: _____

FCA _1 - 2_ VA _1 - 2_  R L OU   DIL R L OU   AR R L OU   10P R L OU
PHOTOS: R L OU   VF R L
LASER: R L OU   PRP ALT GRID

Plan ® ACT

_Z. ROBERT VENDEL M.D._
_CLINICAL DIRECTOR_
_FCI ESTILL, SC_
_10-21-0_

Nolan, Michael
30270-074
FCI Estill, South Carolina



Patient: nolan, michael

ID: 16463

DATE: 09-07-2006

**Beaufort Eye**
1813 Richmond Ave., Port Royal, SC 29935
Phone: (843) 522-0466

10-31-06

Z. ROBERT VENDEL, M.D.
CLINICAL DIRECTOR
FCI-ESTILL, SC

#1

#2

Nolan, Michael
30270-074
FCI Estili, South Carolina

FCI-ESTILL, SC

**BEAUFORT EYE CLINIC**
*Let There Be Sight*

Baxter F. McLendon, MD, FACS
1813 Richmond Ave.
Port Royal, SC 29935

BNDD. BM261282 S.C. 6266
1-800-250-7511
843-522-8466

FOR Mr. Michael Nolen    DATE 07 Sept 06

ADDRESS _____

**R**

Mr. Nolan has advanced,
severe glaucoma with decreased
vision secondary to his glaucoma.
May be unable to see small print
due to loss of vision. Mr. Nolan has
not would not would not be able to.

REFILL ___ TIMES

DISPENSE AS WRITTEN _____ M.D.    SUBSTITUTION PERMITTED _____ M.D.

## BEAUFORT EYE CLINIC
*Let There Be Sight*

Baxter F. McLendon, MD, FACS
1813 Richmond Ave.
Port Royal, SC 29935

BNDD: BM2612352   S.C. 6266
1-800-250-7511
843-522-8466

FOR Mr. Michael Nolen          DATE _____

ADDRESS _____

℞  Alpha Gan P drops
   10 ms

   Sig, 1 gtt ou tid

REFILL 6 TIMES _____ M.D. _____ M.D.

DISPENSE AS WRITTEN          SUBSTITUTION PERMITTED

**BEAUFORT EYE CLINIC**
*Let There Be Sight*

BNDD. BM2612352.  S.C. 6266
1-800-250-7511
843-522-8466

Baxter F. McLendon, MD, FACS
1813 Richmond Ave.
Port Royal, SC 29935

FOR _Mr. Michael Nolan_  DATE _7 Sept 06_

ADDRESS _____

**R** Cosopt Drops

10 ml

Sig: ⫶ gtt au bid

REFILL _6_ TIMES

_____ M.D.
DISPENSE AS WRITTEN

_McLendon_ M.D.
SUBSTITUTION PERMITTED

---

**BEAUFORT EYE CLINIC**
*Let There Be Sight*

BNDD. BM2612352.  S.C. 6266
1-800-250-7511
843-522-8466

Baxter F. McLendon, MD, FACS
1813 Richmond Ave.
Port Royal, SC 29935

FOR _Mr. Michael Nolan_  DATE _7 Oct 06_

ADDRESS _____

**R** Travatan Drops

5 me

Sig: ⫶ gtt au ho

REFILL _6_ TIMES

_____ M.D.
DISPENSE AS WRITTEN

_McLendon_ M.D.
SUBSTITUTION PERMITTED

# DAILY DRUG REMINDER

**BAXTER McLENDON, M.D.**
**1813 RICHMOND AVE.**
**PORT ROYAL, SC 29935**
**(843) 522-8466**

DATE 8-7-06

| drug/time | breakfast | lunch | supper | bedtime |
|---|---|---|---|---|
| Travatan | once daily at night both eye | | | |
| Cosopt | are drop 2x daily both eyes | | | |
| Alpha Gan P | one drop 3 x daily both eyes | | | |

## Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. | |
|---|---|---|---|---|
| INSTITUTION: | | | | |
| CITY | | | | |
| STATE | | ZIP | | |
| LENSES | | | | |
| EXTRA | | | | |
| FRAME OR MTG | | | | |
| MISC | | | | |

| | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT |
|---|---|---|---|---|---|---|
| DISTANCE R | | | | | | |
| DISTANCE L | -050 | -050 | 090 | | | |

| | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
| ADD | HEIGHT | WIDTH | INSET | | DIST. | NEAR |
| R | 125 | R 14 | | R | 70 | 62 |
| L | | L | | L | | |

SEG. STYLE

| ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|
| 22 | | 22 | 22 - 24 | 22 - 25 | | 22   28   45 / 25   35 | |

| FRAME OR SHAPE | | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|---|
| Z87 | | | | 50 | 20 | 152 |

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

SPECIAL INSTRUCTIONS
( ) LENS ONLY
( ) FRAMES ONLY

SIGNATURE                    DATE   8-2-06
USP LVN

Printed on Recycled Paper

BP-357(60)
MAY 1994

Z ROBERT VENDEL, M.D.
CLINICAL DIRECTOR
FCI-ESTILL, SC

NOLEN
MICHAEL
39271-074
09-03-58

**FCI-ESTILL, SC**

NOLAN
MICHAEL
30270-074
Name _____ 03-03-58 _____
No. _____
DOB ___/___/___    R/S ___/___    Date 8-2-06

LENSOMETRY: O.D. _____
O.S. _____

MED ALLERGIES _____    CURRENT MEDS: _____

**SUBJECTIVE HISTORY**    cc: cant see  HPI: oc severe, glasses
-0.50 -1.00 x 180    hurt eyes, lost help, wants excuse
-1.00 -0.50 x 175    to not attend school due to eye
condition.

**Visual Acuity**

| Aided | Unaided | Pinhole | Near |
|---|---|---|---|
| 20/ | 20/  ~/400  400 | 20/ | 20/ |

/ +2.50 add

REFRACTION
O.D.    P/ -0.50 -0.50 x 090

CYCLOPLEGIC REFRACTION
O.D.

O.S. P.D. 70 67    EYE SIZE _____    BRIDGE _____    TEMPLE _____    O.S. SEG 14

**OBJECTIVE FINDINGS**
BLOOD PRESSURE ___/___ mmHg    PULSE ___@___
COVER TEST _____    HIRSCHBERG _____
PUPILS _____ M.G. ___/___    E.O.M.S. _____

I.O.P
NCT    TAG    @ 850
20  O.D.
19  O.S. mmHg

SLIT LAMP

O.D.
L.L.L.    CONJUNCTIVAS    CORNEA    A.C.    IRIS    LENS

O.S.
___ 1% Tropicamide ___ 1% Cylocpentolate ___ 2.5% Phenylepherine ___ Paremyd @ _____

OPHTHALMOSCOPY
Volk 90 ___ B.I.O. ___ DIRECT ___
PERIPHERY

MACULA

OPTIC NERVE HEAD

VESSELS

Optic disc    cupped oct    Optic disc    cupped oct

Z. ROBERT VENDRA, M.D.
CLINICAL DIRECTOR
FCI-ESTILL, SC
10-7-06

**ASSESSMENT**    (1) advanced glaucoma
(2) Good response to Cosopt - continue all

**PLAN**    glaucoma meds keep referral appointment
order glasses from last exam dt.
advised vision is severely impaired
to read or class/school however other
educational means are available including
audio, etc as discussed c Ms Bush.

Dr. McKenzie _____



**U. S. Department of Justice**
Federal Bureau of Prisons
**Federal Correctional Institution**
*P. O. Box 699*
*Estill, SC 29918*

**FROM:**    FCI Estill Utilization Review Committee

**SUBJECT:**    Medical Consult Review

**TO:**    Inmate: Michael Nolan    UNIT _____

Reg. No.: 30270-074

Your medical consult for has been for    OPhthalmologist

☑ Approved
☐ Deferred
☐ Denied

at this time. The Utilization Review Committee concluded that the present consult will be as follows:

☐ Acceptable
☑ Necessary
☐ Mandatory
☐ Convenience of Inmate
☐ Not Medically Necessary
☐ Alternative Treatment Plan
☐ Refer to the Clinical Director
☐ Refer to a specialty consultant for further evaluation
☐ Placed on waiting list for _____
☐ The procedure is contraindicated due to unacceptable risk if it is performed
☐ Denied for the procedure but continue to make a sick call appointment if the problem persist.
☐ Defer and will be monitor in the Chronic Care Clinic (CCC)

_____

_____

If the above medical consult is approved, the consult will then be scheduled based on prioritization at the next available appointment. In the meantime, you should continue to utilize sick call procedures and continue to work with your primary care clinician team regarding any medical concerns.

6-14-06
Date

Zoltan Vendel, M.D., Clinical Director
Utilization Review Chairperson
Medical Record (original)
**UR Consult Review**
File under tab: Misc
Estill, SC    (Revised 4/05)

cc:    Inmate (copy)
       Primary Physician (copy)

AUTHORIZED FOR LOCAL REPRODUCTION

540-00-024-4176

| DICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Consultation visit for today.

5-10-06
0820

( ) Cardiology
( ) Podiatry
( ) Surgeon
( ✓ ) Optical
( ) Orthopedics
( ) Orthotics
( ) Mental Health
( ) Ultra Sound    ( ) MRI    ( ) CAT Scan
( ) Other_____
( ) No Show

VENGALEA JOHNSON
HEALTH INFORMATION TECHNICIAN
FCI-ESTILL, SOUTH CAROLINA

5-12-06
1300

Adm. note:
Optometrist → consult. reviewed.
Dx: Advanced Glaucoma
↓ Travatan 0.004% 1 drop each eye @ HS 1430d/
Cosopt ophthalmic sol 1 drop each eye BID
Consider referring to Ophthalmologist
for trabeculectomy
Continue c̄ Alphagan

L. Odom 5/12/06
Pharmacist
FCI Estill, South Carolina

ROBERT VENDEL, M.D.
CLINICAL DIRECTOR
FCI-ESTILL, SC

5-26-06
1200

Adm. note
Diagnostic tests dated 5-15-06 reviewed and noted as:
✓ Outside laboratory acceptable parameters with no clinical significance.
___ Outside laboratory acceptable parameters.
___ Patient on Chronic Care Clinic with follow-up
on___
___ Patient Scheduled for follow-up on:
___ Patient started on treatment and follow-up on___
___ Repeat studies ordered on:___

ROBERT VENDEL, M.D.
CLINICAL DIRECTOR
FCI-ESTILL, SC

| IR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| FCI-ESTILL, SC | | | |

| NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
| 3-270-074 | | |
| 09-03-58 | | |

IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |

ESTILL, SC

CONFIDENTIAL SHEET

MEDICAL RECORD

REQUEST

TO: Ophthalmologist

FROM: FC1 Estill, SC

DR. Vandel 5-12-06

REASON FOR REQUEST (Complaints and Findings):

Pt. may need trabeculectomy.

PROVISIONAL DIAGNOSIS:

Advanced Glaucoma   on Travatan 0.004%.

DOCTOR'S SIGNATURE

ROBERT VANDEL, M.D.
CLINICAL DIRECTOR,
FCI ESTILL, SC

APPROVED

PLACE OF CONSULTATION

Alphagan
Cosopt

☐ TODAY
☐ BESIDE   ☐ ON CALL   ☐ ROUTINE   ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED  ☑ YES  ☐ NO          PATIENT EXAMINED  ☐ YES  ☐ NO

(Continue on reverse side)

SIGNATURE AND TITLE                                        | DATE

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT IDENTIFICATION (For typed or written entries give: name—last, first, middle; grade; rank; rate; hospital or medical facility)

Nolan, Michael
30270-074
09-03-58

FCI Estill

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

Name _Nolan_                 No. _____         DOB __/__/__   R/S __/__  Date 5-10-06
LENSOMETRY: O.D._____ O.S._____
MED ALLERGIES_____ CURRENT MEDS:_____

SUBJECTIVE HISTORY    CC: Can't see HPII or distance
                         Severe, no script told his severe
                         glaucoma

### Visual Acuity

| | | Pinhole | Near |
|---|---|---|---|
| Aided | Unaided | | |
| 20/ | 20/ 2/200 | 20/ | 20/ |
| | 200 | | |

REFRACTION                                    CYCLOPLEGIC REFRACTION
O.D. _pl-_                                     O.D.

O.S. _-050  -050  090_                         O.S.
  P.D. 70/67  EYE SIZE____  BRIDGE____  TEMPLE____    SEG____

OBJECTIVE FINDINGS                                   I.O.P
BLOOD PRESSURE ___/___ mmHg  PULSE___@___     NCT  TAC @ 9:35
COVER TEST_____ HIRSCHBERG_____   25 O.D.
PUPILS_____ M.G.___/___ E.O.M.S._____   27 O.S. mmHg
                              SLIT LAMP
O.D.                                    Pachym  25  @ 11:20
L.L.L. _n/_ CONJUNCTIVAS _c/_ CORNEA _c/_  A.C.   10 am  25
                                              IRIS        LENS
O.S.
___ 1%Tropicamide ___ 1% Cylocpentolate ___ 2.5% Phenylepherine ___ Paremyd @_____
                              OPHTHALMOSCOPY
                    Volk 90___ B.I.O.___ DIRECT___
                              PERIPHERY

                              MACULA

                         OPTIC NERVE HEAD

                              VESSELS

ASSESSMENT    advanced glaucoma
              no add cosopt bid
PLAN          ↓ Travatan to hs OU
              continue alphagan bid OU
              consider trabeculectomy s/
              if no ↓ IntraOP  Target (12)

Dr. McKenzie

# USP ATLANTA MEDICATION PROFILE



| Ord.Date | NOLAN, MICHAEL A | | R. OGUES |
|---|---|---|---|
| 04/04/06 | 30270-074 | | (5)Refills |
| Exp.Date 06/02/06 | TAKE ONE TABLET EACH DAY | | |
| Rx # 2234205 | LISINOPRIL 10MG TAB | #10 | |

| Ord.Date | NOLAN, MICHAEL A | | R. OGUES |
|---|---|---|---|
| 04/04/06 | 30270-074 | | (5)Refills |
| Exp.Date 06/02/06 | TAKE ONE TABLET EACH MORNING | | |
| Rx # 2234206 | ATENOLOL 25 MG TAB | #10 | |

| Ord.Date | NOLAN, MICHAEL A | | R. OGUES |
|---|---|---|---|
| 04/04/06 | 30270-074 | | (5)Refills |
| Exp.Date 06/02/06 | TAKE ONE TABLET EACH MORNING | | |
| Rx # 2234207 | HYDROCHLOROTHIAZIDE 25 MG TAB #10 | | |

| Ord.Date | NOLAN, MICHAEL A | | R. OGUES |
|---|---|---|---|
| 04/04/06 | 30270-074 | | (1)Refills |
| Exp.Date 06/02/06 | INSTILL 1 DROP INTO EACH EYE TWICE DAILY | | |
| Rx # 2234208 | TRAVOPROST OPHTH 0.004% ML | #1 | |

| Ord.Date | NOLAN, MICHAEL A | | R. OGUES |
|---|---|---|---|
| 04/04/06 | 30270-074 | | (1)Refills |
| Exp.Date 06/02/06 | PLACE 1 DROP INTO EACH EYE TWICE DAILY | | |
| Rx # 2234209 | BRIMONIDINE OPTH 0.15% SOL | #1 | |

| Ord.Date | NOLAN, MICHAEL A | | R. GIORNO |
|---|---|---|---|
| 04/11/06 | 30270-074 | | (0)Refills |
| Exp.Date 05/10/06 | TAKE 1 TABLET DAILY | | |
| Rx # 80953 | LISINOPRIL 10 MG TABS | #30 | |

| Ord.Date | NOLAN, MICHAEL A | | R. GIORNO |
|---|---|---|---|
| 04/11/06 | 30270-074 | | (0)Refills |
| Exp.Date 05/10/06 | TAKE 1 TABLET DAILY | | |
| Rx # 80954 | ATENOLOL 25 MG TAB | #30 | |

| Ord.Date | NOLAN, MICHAEL A | | R. GIORNO |
|---|---|---|---|
| 04/11/06 | 30270-074 | | (0)Refills |
| Exp.Date 05/10/06 | TAKE ONE TABLET DAILY | | |
| Rx # 80955 | HYDROCHLOROTHIAZIDE 25 MG TAB #30 | | |

| Ord.Date | NOLAN, MICHAEL A | | R. GIORNO |
|---|---|---|---|
| 04/11/06 | 30270-074 | | (0)Refills |
| Exp.Date 05/10/06 | INSTILL 1 DROP INTO EYE(S) 2 TIMES A DAY | | |
| Rx # 80956 | TRAVAPROST OPHTH.SOL. 0.004% ML #4 | | |

| Ord.Date | NOLAN, MICHAEL A | | R. GIORNO |
|---|---|---|---|
| 04/11/06 | 30270-074 | | (0)Refills |
| Exp.Date 05/10/06 | INSTILL 1 DROP INTO EYE(S) 2 TIMES A DAY | | |
| Rx # 80957 | BRIMONIDINE OPTH 0.15% SOL | #5 | |

NOLAN, MICHAEL A
30270-074
USP ATLANTA - J03-352U
04/04/2006

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

FROM: (Requesting physician or activity)

Ophthalmology - Dr. Turpstra USP-Coleman

IN FOR REQUEST (Complaints and findings)

DATE OF REQUEST: 12/1/05

46 YO BM c̄ HTN and Glaucoma. F/U visit Per
Dr. Turpstra's request on 11/18/05.
For 3/18/05

ISIONAL DIAGNOSIS

Advanced Glaucoma

OR'S SIGNATURE
S. Nikbakht, PA
USP-1 Coleman, FL

M. Tidwell, MD
USP-1 Coleman, FL

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RD REVIEWED  ☐ YES  ☐ NO     PATIENT EXAMINED  ☐ YES  ☐ NO     TELEMEDICINE  ☐ YES  ☐ NO

12-16-05

VA S 20/100
  20/100

(1 mo ✓ Taff
(Pt getting medication
ON Time

CS-clear
K-clear
AC DIQOCH
lens ( NSCOU

TAP ~ 17
     ~ 16

Trav ½ HS
Brion ½ AM (8:00 AM)

?

1) ESGOU
IOP good
Continue Travatan
+ alphagan
bid

M. Tidwell, MD
USP-1 Coleman, FL

KV4m

(Continue on reverse side)

NATURE AND TITLE

DATE: 12-16-5

SPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

ATION TO SPONSOR     30270-074

SPONSOR'S NAME (Last, first, middle)

SPONSOR'S ID NUMBER (SSN or Other)

NOLAN

TIENT'S IDENTIFICATION (For typed or written entries, give: Name — last, first, middle; ID no. (SSN or other); Sex; Date of Birth)

REGISTER NO.     WARD NO.

Patricia AEL

09/03/58

USP-1 COLEMAN, FL

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

USP Coleman, FL.

SF_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|
| 12/1/05 1300 Con't. | __Instructed if problems or if running out of medications to sign up for sickcall |
| | __Psychotropic Consent Signed: Yes/No/NA |
| | Diagnostic Studies: __CBC/Diff __U/A __✓Chem Profile __FBS __HgbA1c __Viral Load __CD4 |
| | __PSA __LFT __✓Lipids __CXR __Thyroid Function __EKG __Other: |
| | Consultations: Oph Tkg/mo log√ |
| | Referral to Health Promotion and Disease Prevention Program: Yes/No |
| | Return to Clinic for routine follow-up on: 1800 |
| | Medications: |

Medications:

1) Hydrochlorthiazide 25mg ī po daily X 180 d
2) Atenolol 25mg ī po daily X 180 d
3) Lisinopril 10mg ī po daily X 180 d
4) Trav. Prost ophth 0.004% 1 gtt in both eyes at bedtime X 180 d
5) Brimonid ophth 1.5% 1 gtt in both eyes in the morning X 180 d
6) Coal tar Shampoo apply to hair 7 w/ a add back #1

Patient Counseled on the Medication Use
Filled and Dispensed by :
Felicita Gonzalez, Pharmacist
Date: 12-2-05 Time: 1405

S. Nikbakht, PA
USP-1 Coleman, FL

M. Tidwell, MD
USP-1 Coleman, FL

| 12/6/05 1300 | Pt seen than renew & regimen.   M. Tidwell, MD USP-1 Coleman, FL |
| 12/16/05 0800 | Adm note. See by opth. consult Recom'd: Continue 1) Travoprost opth 1 drop both eyes twice a day X 180d 2) Alphgan 1 drop both eyes twice a day    B. Trauer, RN USP-1 Coleman, FL   M. Tidwell, MD USP-1 Coleman, FL |

Patient Counseled on the Medication Use
Filled and Dispensed by :
Felicita Gonzalez, Pharmacist
Date: 12-19-05 Time: 1051

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | *In House* | CONSULTATION SHEET | |
|---|---|---|---|

**REQUEST**

TO: *Ophthalmology*   FROM: (Requesting physician or activity) *USP-1 Coleman*   DATE OF REQUEST: NOV 1 8 20___

REASON FOR REQUEST (Complaints and findings) *46 y/o male   Hx HTN*

*Follow up in 4 months at your request.*
*Schedule MARCH 2006*   *Ray Pitcairn, RN USP-1 Coleman*

PROVISIONAL DIAGNOSIS ① COAG ESG   HUF July 05

DOCTOR'S SIGNATURE   M. Tidwell, MD USP-1 Coleman, FL   APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL  ☒ ROUTINE  ☐ 72 HOURS  ☐ TODAY  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO   PATIENT EXAMINED ☐ YES ☐ NO   TELEMEDICINE ☐ YES ☐ NO

VA $\frac{D}{S}$ — 20/80   PH N/I
20/100   TAP < 14  16

Travota
alph bid OU
x 1 wk

CS + ↑ inject
K clear
AC — D + Q Oc H
lens ≈ tr NSC

M. Tidwell, MD
USP-1 Coleman, FL

1) ESG — IOP better

RV 4m
cont alph bid OU
Trav q H-SOU

RV 4m

(Continue on reverse side)

SIGNATURE AND TITLE:   DATE 2-11-6

HOSPITAL OR MEDICAL FACILITY   RECORDS MAINTAINED AT   DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR   SPONSOR'S NAME (Last, first, middle)   SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name -- last, first, middle; ID no. ISSN or other); Sex; Date of Birth; Rank/Grade)   REGISTER NO.   WARD NO.

30270-074
NOLAN
MICHAEL
09/03/58
USP-1 COLEMAN, FL

CONSULTATION SHEET
Medical Record
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

# MARCO TECHNOLOGIES MS-30

**C-25 THRESHOLD   RIGHT EYE**

## PATIENT INFORMATION

| | |
|---|---|
| Name: | 30270074 |
| ID: | |
| BirthDate: | 09/03/58 |
| Age: | 46 |
| Sex: | Female |
| Rx: | |
| Trial Lens: | 20/ |
| VA: | |
| Pupil Diam: | |

## GENERAL TEST INFORMATION

| | |
|---|---|
| Date: | 07/15/05 |
| Time: | 02:56 |
| Elapsed Time: | 16:28 |
| Fixation: | 1PT |
| Bowl Illum: | 31.5 ASB |
| Serial #: | 0237-0237 V1.61 |

## PATIENT RELIABILITY INDICATORS

| | |
|---|---|
| False Pos. Errors: | 000/029 |
| False Neg. Errors: | 007/016 |
| Fixation Losses: | 000/040 |
| # Of Points Tested: | 86/86 |
| Questions Asked: | 361 |



dB:  0-2  3-5  6-8  9-11  12-14  15-17  18-20  21-23  24-26  27-29

# MARCO TECHNOLOGIES MS-30

## C-25 THRESHOLD  LEFT EYE

**PATIENT INFORMATION**

| | |
|---|---|
| Name: | |
| ID: | 30270074 |
| BirthDate: | 09/03/58 |
| Age: | 46 |
| Sex: | male |
| Rx: | |
| Trial Lens: | |
| VA: | 20/ |
| Pupil Diam: | |

**GENERAL TEST INFORMATION**

| | |
|---|---|
| Date: | 07/15/05 |
| Time: | 02:38 |
| Elapsed Time: | 14:56 |
| Fixation: | 1PT |
| Bowl Illum: | 31.5 ASB |
| Serial #: | 0237-0237 V1.61 |

**PATIENT RELIABILITY INDICATORS**

| | |
|---|---|
| False Pos. Errors: | 000/026 |
| False Neg. Errors: | 011/015 |
| Fixation Losses: | 001/037 |
| # Of Points Tested: | 86/86 |
| Questions Asked: | 334 |



*Tkp*
*11-18-5*
*new cont*

dB:  0-2  3-5  6-8  9-11  12-14  15-17  18-20  21-23  24-26  27-29

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

**MEDICAL RECORD**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| NOV 18 2005<br>1100 | Admin note: Seen by OPHTHALMOLOGY TODAY<br>Ray Pitcairn, RN<br>USP-1 Coleman<br>① F/U 4 months. R Pitcairn)<br><br>M. Tidwell, MD<br>USP-1 Coleman, FL |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name – last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

30210-014

NOLAN
MICHAEL

09/03/58

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

7-15-05 | s/p returned _____ escorted trip for visual field

1330 | Allergic Penicillin

02-(17/81) | D/ers → 46 y/o _____ c/o _____ history _____ outside/outside

P-76 bpm | See visual field results in section II.

R-16 bpm | Ol Visual field done    (HUP)

T-99.0° | Pl on tx HSU _____

W-239 | ① Diabetes _____

Gl Please _____ by consultant

M. Tidwell, MD
Clinical Director
USP Coleman, FL

J. Montolio, PA
USP-1 Coleman, FL

---

9/14/05 | Admin note:

1030 | ① Travoprost ophth solution 0.004% 1 gtt in both eyes at bed time x good

② Brimonidine 0.15% ophth 1 gtt in both eyes each morning x good

Patient Counseled on the Medication Use
Filled and Dispensed by:
Felicita Gonzalez, Pharmacist
Date: _____ Time: 1450

S. Nikbakht, PA
USP-1 Coleman, FL

10/4/05 | Review of vision examinations documents advanced glaucoma

SEE | c severely reduced visual field and visual acuities of OD 20/100 and OS 20/200. This would make education in a normal classroom difficult if not impossible. Please give

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Nolan, Michael
30270-074
DOB-9-3-59
USP Col.

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

SEE ★

9/30/05
1430

Admin Note:
Dr. Richardson will Be ask if Nolan
Can Go to Class.

M. Tidwell, MD
USP-1 Coleman, FL

CONTINUED
10/4/05

SEE ★

(NOTE began on previous page)
mr. Nolan consideration for not being placed in
a conventional classroom setting.

Daniel D. Richardson, OD

L. Green, MD
USP-1 Coleman, FL

Daniel D. Richardson, O.D.
Contract Optometrist
USP-1 Coleman, FL

★

10/18/05
0930

BP- 110/78
P- WNL
R- 18

S- request exemption for school,
unable to see good bec. of
glaucoma. REQ. TED Hose for poor circulation
A+O GSW D leg
O- BIM alert, oriented, NAD
HEENT- PERLA
D leg & L leg - small scars
noted, no swelling, equal
in size, good pedal pulses,
no open lesions, D sensation
good motor fxn. nail beds
pinkish - good capillary returns
A - HX glaucoma
HX GSW D leg
P - given school exemption per
optometry recommendation (see consult
10/4/05.   L indefinite, MDS made
- NO TED HOSE (denied)
G - explained all plan &

M. Delafuente, PA
USP-1 Coleman, FL

STANDARD FORM 600 (Rev. 6-97) BACK

| MEDICAL RECORD | CONSULTATION SHEET | |
|---|---|---|

**REQUEST**

TO: *Ophthalmology*

FROM: *(Requesting physician or activity)*

DATE OF REQUEST: 10/14/05

REASON FOR REQUEST *(Complaints and findings)*

46 year old black male c̄ HTN, advanced Glaucoma

irritated like sand in them

VF severe constriction OD

PROVISIONAL DIAGNOSIS
Glaucoma

DOCTOR'S SIGNATURE M. Idowell, MD
USP / Coleman, FL

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL

☒ ROUTINE 72 HOURS
☐ TODAY EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO   PATIENT EXAMINED ☐ YES ☐ NO   TELEMEDICINE ☐ YES ☐

11-18-05

S/P(100 | PH NI )
V (100 | OD )

End Stage Glaucoma
Pt still Not getting
gtts in Timely fashion
9/5/10
TAP < 18
< 18

Travatan Y, PM
Brimonidine Y, AM

R 1/2 /4↑ (-) MG
L 1/2 /4↑

CS— the AC — OU clear
lens— +NSC

COAG ESG

VF Constricted OU

Please give pt
gtts as ordered. Don't
allow him to run out
of drops. RV 4m

4 MM OU
9.99   .99 Deep
C/D .99 Flat

M. Idowell, MD
USP Coleman, FL
*(Continue on reverse side)*

DATE
11-18-05

SIGNATURE AND TITLE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME *(Last, first, middle)*

SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name – last, first, middle; ID no, SSN or other; Sex; Date of birth; Rank/Grade)*

REGISTER NO.

WARD NO.

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(f)

30270-074

NOLAN
MICHAEL

09/03/58

USP COLEMAN HLTH
846 NE 54 TERRACE
COLEMAN
FL, 33521-1029

**Nolan Michael**

PATIENT NAME

1-074 LI-10 155350

CUST. NUMBER   POLLARD

INVOICE NUMBER

Tray No.                     Date Processed

|  | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -0.50 | -1.00 | 180 | | |
| L. EYE | -1.00 | -0.25 | 10 | | |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | 2.00 | 28 | 19.0 | | 69.0 | |
| L. EYE | 2.00 | | 19 | | | |

## FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 52.0 | 47.0 | 54.0 | 22.0 |

Model: 032087167599   TMPL Length: 52x22
4                                           SMOKE

| | LENS | TO | |
|---|---|---|---|
| 2D UNCUT | ONLY □ | ENCLOSED □ | COME □ | SUPPLIED ☒ |

## LENS DATA

| Type | Material |
|---|---|
| T28 CR-39 SRC1 SOLA 76 | |
| T28 CR-39 SRC1 SOLA 76 | |

FDA CODE SEC. 3, 84, 21 CFR    ☒NOTE FOLLOWING EXCEPTIONS

SE LENSES ARE IMPACT RESISTANT AND
COMPLIANCE WITH FDA TESTING
SCRIBED IN SEC. 3, 84, 21 CFR IMPACT
STANT LENSES ARE NOT UNBREAKABLE
HATTERPROOF.

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:

258477 LI-10 T-9527

7/11/05

### CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11 |
| LEFT LENS | 11 |
| 83-84 | 12 |
| SAFETY | |

| Sub Total | |
|---|---|
| Freight | |
| **Total Due** | |

SHIP TO:
USP COLEMAN HEALTH SVC
ATTN BOB MITCHELL
846 NE 54TH TERRACE
COLEMAN, FL, 33521-1029

5350

POSTMASTER
IF THIS PACKAGE IS
NOT DELIVERED IN
FIVE DAYS, PLEASE

4:07-cv-01141-JFA    Date Filed 04/30/07    Entry Number 1

LCC COMPLETE VERSION
LCC Complete Version

ANGLE DEPTH

# OCULAR HEALTH EXAM

SLIT LAMP :
   CORNEA *Clear*
   AQUEOUS *Quiet*
   ANGLES *Open*
   LENSES *Clear*
   PUPILS 3? mm & Rd
   LIDS *Normal*
   CONJUNCTIVA *Quiet*
   GOLDMANN TONOMETRY : 10 __AM ____PM   26 O.D.   26 O.S.
       DATE :_____   ____AM ____PM ____O.D. ____O.S.

OD          OS

OPHTHALMOSCOPY : ___Phenylepherine HCl(2.5%) & ___Tropicamide(1.0%)
   DIRECT :                              VOLK 78 :
       C/D ~ .9 to .95 c *palor.*        C/D
       A/V ~ 2/3                         A/V
       MEDIA *Clear*                     MEDIA
       FOVEAL REFLEX *Neg*              FOVEAL REFLEX
       PER. RET. *Quiet*

BIO :
   RETINA :     FLAT     ELEVATED     HOLES     TEARS
                    PER. DEGENERATION
   VASCULATURE :     CALIBER _____NORMAL _____ABNORMAL
                     DISTRIBUTION _____NORMAL _____ABNORMAL
       POSTERIOR POLES : _____QUIET _____MOTTLED _____ARM
       PERIPHERAL RETINAE :

SUMMARY : 1. Dx *POAG*          *HTN's retinopathy*
          2. Tx *Xalatan : 1gtt qhs OU*
                *Alphagan : 1gtt qam OU*        *Order glss*
             *Refer to Ophthalmology ASAP*
          3. RECALL *Next months* ____MONTHS ____MINUTES
                     PURPOSE

*Daryl D Richardson, OD*
*11 Mar 05*

D. Richardson, O.D.
Contract Optometrist

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET | |
|---|---|---|

**REQUEST**

TO: _Ophthalmology_

FROM: *(Requesting physician or activity)* Dr. Tidwell

DATE OF REQUEST 4/7/05

REASON FOR REQUEST *(Complaints and findings)*

COAG, advanced.

Schedule HUF Asdr

PROVISIONAL DIAGNOSIS  C.O.A.G.

DOCTOR'S SIGNATURE
E. Chipi, PA
USP Coleman, FL

APPROVED Green /A

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL
☐ ROUTINE
☐ 72 HOURS
☐ TODAY
☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

URC- 4-27-05 YES

*(Continue on reverse side)*

SIGNATURE AND TITLE                                          DATE

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name - last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO.

Dolan, Michael
30270-074
USP Coleman

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

USP Coleman, FL

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| MEDICAL RECORD | |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

4/7/05
1038

S— Opthomology evaluation.
O— Inmate seen on followup c̄ recommendations
as noted on consult sheet (reprnt).

A Follow up exam.
P— Forward report to clinician. ~ C. Camacho, RN
                                           Clinical Nurse

M. Tidwell, MD
Clinical Director
USP Coleman, FL

4/24/05
0725

S— Toothache

O— Mild facial swelling, broken molar
Ⓡ upper area c̄ no resulting bleeding or signs
of infection. Inmate has had broken tooth
c̄ pain till yesterday.

A— Broken molar.

P— Ibuprofen 400mg PO Q 4-6 hrs prn
#12. Follow up on sick call for Dental
tomorrow. Ice application for pain as
needed.
c̄ Inmate advised as noted above. No extreme
hot or cold fluids. No chewing on affected
side.
                                           C. Camacho, RN

M. Tidwell, MD
Clinical Director
USP Coleman, FL

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

Nolan, Michael
# 30270-074
Fcc Coleman — USP1

### CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

MEDICAL RECORD | CONSULTATION SHEET | REQUEST

TO: OPTOMETRY

FROM: FCC Coleman - USP
HTN.

DATE OF REQUEST 3/22/05

REASON FOR REQUEST (Complaints and findings)

46 y/o Male COAG needs 3 months F/U
Seen By ophth 4/7/05 Pending HVF

PROVISIONAL DIAGNOSIS

JUNE/05

DOCTOR'S SIGNATURE
M. Tidwell, DO
Clinical Director
FCC Coleman, FL

APPROVED

PLACE OF CONSULTATION

☑ ROUTINE  ☐ TODAY
☐ BESIDE  ☐ ON CALL  ☐ 72 HOURS  ☐ EMERGENCY

CONSULTATION REPORT

CC

"I can't see, Drops doing not good"

Glasses NOT delivered yet

Ophth Meds: Med: Lisinopril - Atenolol - HCTZ.
Brimonidine Tght ou AM - Travoprost T Drop HS OU
PD=69

Retenoscopy
−050 −1.00 180 +200
−100 20/100 JA 16
3 Rx. 20/100 JA 16

Subjective
Far
20/       X Xyl
20/
X
R
Vert
AMP

CT∅ 6−10 ELO
EOM unrestricted
NPC ~ 5
CNFRT ~ 180 ↓ all Field
PERRL (+)
MG (−)

SLE: Cornea Trace guttatae
Aqueous ∅ cells or flare
Angles Open
Conjunctivea Quiet
Lenses- clear.

Pupils 3+mm+Rx
Iris Flat
Lids Normal
GT OD 13 MM   OS 13 MM

Time

Ophthalmoscopy
CD
NFR
A/V

M. Tidwell, D.O.

Media
FR
Per. Ret.

1. Dx Advanced COAG.

2. Tx Continue 2 Brimonidine
   1 gtt ou q AM.
   2 Travoprost
   1 gtt ou q PM.

3. Recall Keep appt c Ophthalmol.

Do Not Discontinue these ocular medications !!!

(Continue on reverse side)

SIGNATURE AND TITLE
Daniel D. Richardson, OD
IDENTIFICATION NO.

D. Richardson, O.D.
Contract Optometrist
Daniel D. Richardson O.D.

DATE 7 June 05

ORGANIZATION
FCC COLEMAN  USP

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

Nolan Michael
30270 −074

CONSULTATION SHEET

| NAME | | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|---|
| Nolen, Michael | | 30970-074 | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT 256 | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD □ SLENDER ☑ MEDIUM □ HEAVY □ OBESE | 25. TEMPERATURE 98.1 |
|---|---|---|---|---|---|

| 26. BLOOD PRESSURE (Arm at heart level) | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|
| A. SITTING SYS. 144 DIAS. 10? | B. RECUMBENT SYS. DIAS. | C. STANDING (5 mins.) SYS. DIAS. | A. SITTING 76 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 50 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/ 50 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) not good | | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | | CORRECTED |
| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) not good | | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
| RIGHT | LEFT | | | | RIGHT     LEFT |

| 39. HEARING | | | | 40. AUDIOMETER | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2856 | 4000 3600 | 6000 6144 | 8000 8192 |
| LEFT WV | /15 SV | /15 | RIGHT LEFT | | | | | | | | |

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

- Hx of HTN, Glaucoma. CSW: Rt ks - 1994
- No STD's no hepatitis
- mother: HTN father: DM-II
- smoker - 25 years. 3-4 cigs/day
- PPD neg
- Divorced - 2 children
- Allergic to PCN                    (Use additional sheets if necessary)

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

- HTN
- Glaucoma
- CSW to Rt leg - 1994

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) CBC/A RPR optertik conditions PSA | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| 46. EXAMINEE (Check) A. ☑ IS QUALIFIED FOR  Reg dut 4 yrs lod SUPS. B. □ IS NOT QUALIFIED FOR | 45B. PHYSICAL CATEGORY | | | | | |
| 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | A | B | | C | | E |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN S. Nikbakht, PA USP Coleman, FL | SIGNATURE S. Nikbakht, PA USP Coleman, FL |
|---|---|
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) M. Tidwell, M.D. Clinical Director | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY USP Coleman, FL | SIGNATURE |

STANDARD FORM 88 (Rev. 10-94) BACK

FPI, LEX.   ♻ Printed on Recycled Paper

NAME Nolan    Michael    M/F____ DOB __/__/__
LAST    FIRST    M.I.
ADDRESS 30970.-074    AGE 46 y/o

PHONE : HOME ( )____-____    OCCUPATION _____
       BUS. ( )____-____    SSN#____-___-____
                            REF. BY _____

CHIEF COMPLAINT : "I can't see"    DATE OF EXAM: 3/11/05
    & Blurred Vision For & Near.

Hx of Xalatan for conj.
FAMILY Hx: DIABETES Father    HTN Mother    THYROID Neg
         BLINDNESS Neg    GLAUCOMA Neg

OCULARHx: PAIN Neg    DISCOMFORT Burning    INJURIES Neg.
    SURGERIES. LAST EXAM 2002    LAST Rx 2002 - Lost.
GEN. HEALTH: HTN — Glaucoma.
MEDS: ATENOLOL — MAXidex — out of eye drops    Allergies: Penicillin.

| OLD Rx 1. | R | | | 20/ | | 20/ | | |
|---|---|---|---|---|---|---|---|---|
| | L | | 20/ | 20/ | | NEAR 20/ | | |
| | | | | | Add | | IPD | Base Curve |

DIST VA no Rx  R 20/200 20/100 Binoc 20/    NEAR VA no Rx R 20/40 L 20/100 Binoc 20/100    Binoc Near Pt of Accom  s or s
COVER  s or s    Dist  0
TEST              Near  6-10 ε/0
VERSIONS unrestricted    CONV N.P. 4"
PUPIL REFLEXES PERRL    CONFRONTATIONS  all fields
KERATOMETRY    R    L
STATIC SKIAMETRY    R +075 -.25 X 180    L -050 -075 X 180
MONOCULAR SUBJ    R -050 -100 X 180    20/100    L -1.00 -025 X 180    20/20?
BINOCULAR SUBJ 20/    R    20/    L    20/
OTHER SUBJ 20/    R    20/    L    20/
REMARKS AND METHODS

HETEROPHORIA  6M    Lateral  2 ε/0    Vertical ⊕
VERGENCES  6M    Pos    Neg    R or L Supra    Infra
DYN. X-CYL. OTHER    R +200 @ 16" 20/200    Neg    Pos
REL ACCOM at   cm   through
NEAR WORKING LENS    R    L
ACCOM AMPLITUDE    R    L    Binoc
NEAR RANGE (through                  1 in              out
HETEROPHORIA at AV cm  6 ε/0    O    Measured AC/A    Calc AC/A
VERGENCES   at   cm    Pos    Neg    COLOR VISION    TEST
ADDITIONAL TESTS
DATE ORDER — LAB    FRAME SENT  DISPENSED    Serrin 3/11/05

| R. | SPHERE | CYLINDER | AXIS | PRISM | ADD | R. | SPHERE | CYLINDER | AXIS | PRISM | ADD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O.S. | -050 | -100 | 180 | +200 | | O.D. | | | | | |
| O.S. | -100 | -025 | 180 | +200 | | O.S. | | | | | |

Medical Records not Available FOR Exam.

FRAME OR MOUNTING  # B3B4-29 Smk    FRAME OR MOUNTING
BRIDGE  22    TEMPLES  145    BRIDGE    TEMPLES
LENSES  52    SIZE AND SHAPE  ST28    LENSES    SIZE AND SHAPE
DBT. O.D.    NEAR O.D.    DBT. O.D.    NEAR O.D.
SEG. O.S.    DEC. O.S.    SEG. O.S.    DEC. O.S.
SEG. HEIGHT O.S. 14    TOT. O.D.    SEG. O.S.    TOT. O.D.
                       DEC. O.S.    HEIGHT O.S.    DEC. O.S.
P.D. 69    TINT    TINT
FOR CONSTANT WEAR    CLOCK APPLICATION
SPECIAL PURPOSE

FCC Coleman, Florida
United States Penitentiary

MEDICAL RECORD | CONSULTATION SHEET

REQUEST

TO: OPTOMETRY    FROM: FCC COLEMAN - USP    DATE OF REQUEST 3/11/05

REASON FOR REQUEST (Complaints and findings)
46 y/o Male HTN § Retinopathy + Hx of Xalaton for COAG
needs F/U next visit. Referral To ophthalmology done.
Tx: XALATAN: 1 gtt qhs OU → Substituted Travatan.

PROVISIONAL DIAGNOSIS Alphagan : 1 gtt BAM OU
COAG                                NEXT VISIT

DOCTOR'S SIGNATURE
M. Tidwell, MD
Clinical Director
USP Coleman, FL

| APPROVED | PLACE OF CONSULTATION | ROUTINE | TODAY |
| | BESIDE | ON CALL | 72 HOURS | EMERGENCY |

CONSULTATION REPORT

CC    Burning Pain, since started application of Xalaton + Alphagan

Retenoscopy                    Subjective                         PD-69

§ Rx.  20/100  J16↑            20/          Far              CT ∅ 6-10 EXO
       20/120  J16             20/          X Xyl            EOM unrestricted
                                        X                    NPC~ 5"
                                        R                    CNFRT ~ 155° ↓ all
                               Vert                          PERRL (+)        Fields
SLE : Cornea Clear             AMP                           MG (+)
      Aqueous Quiet
      Angles Open       Pupils 3 mm + Rd.
      Conjunctivea Quiet  Iris Flat
      Lenses- clear.       Lids Normal
                           GT  OD  14  MM   OS  14  MM  11:15 Time
                                                         am.
Ophthalmoscopy                              Media
      CD                                    FR
      NFR                                   Per. Ret.
      A/V

1.  Dx COAG.        2.  Tx Xalatan : 1 gtt qhs OU  3. Recall  3 Months
                         Alphagan : 1 gtt q AM OU {Refills: 4
                         Keep appt c Ophthalmology
                         Consult written 3-11-05

(Continue on reverse side)

| SIGNATURE AND TITLE | D. Richardson, O.D. | DATE |
| | Contract Optometrist | |
| Daniel D Richardson, OD | Daniel D. Richardson O.D. | 22 Mar 05 |
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
| | FCC COLEMAN  USP | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle: grade: rank: rate: hospital or medical facility)

Nolan  Michael
30270 - 074

CONSULTATION SHEET

NSN 7540-20-52...

513-110

# MEDICAL RECORD | CONSULTATION SHEET

## REQUEST

TO: Ophthalmology

FROM: (Requesting physician or activity) FCC COLEMAN — USP

DATE OF REQUEST 2/11/05

REASON FOR REQUEST (Complaints and findings) 46 y/o Male HTN c̄ Retinopathy + Hx. OF

XALATAN FOR COAG. TODAY'S IOTs OD=26 OS=26.

Needs your Evaluation.

Tx: XALATAN : 1 gtt qhs ou
Alphagan : 1 gtt Q AM ou

PROVISIONAL DIAGNOSIS

HTN

OTIF...

ZMR?

(VAV X 10 MD)

M. McDowell, MD
Clinical Director
USP Coleman, Fl

APPROVED

Never HVF

gtts OD' — off X 9 m

ASAP

passed ordered

PLACE OF CONSULTATION
☐ ROUTINE  ☐ TODAY
☐ BEDSIDE  ☐ ON CALL  ☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

4-7-05

(Pt off gtts May/04
until Feb 05)

Sc R/100    PH NI OU?
      /100

ou lo

mNOU)
8:45)

TAP < 18
      17

HTN

LL — clar
CS — clar
AC — D + Q UCf
     NSCOU
lens — + r
    .99
c/D .99  pole

⊘ Head
trauma

Alph P' 1, AM
Tvou '1, HS

since
March

⊘ fam hx

① COAG advanced

☆ HVF ASAP

Continue Alph + Trav

X Please don't stop gtt

(Continue on reverse side)

SIGNATURE AND TITLE

DATE 4-7-5

IDENTIFICATION NO.    ORGANIZATION    REGISTER NO.    WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle grade: rank: rate: hospital or medical facility)

Nolan Michael
30270 — 074
FCC Coleman — USP

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Tray No. | Arrival Date | Purchase Order No. | Job No. |
|---|---|---|---|
| | | | |

| Institution | Federal Correctional Inst. |
|---|---|
| FCC COLEMAN – U.S.P. / Health Services Dept. | FPI/UNICOR |

| City | State | Zip | Old North Carolina Hwy 75 |
|---|---|---|---|
| COLEMAN | FL | 33521 | Butner, NC 27509<br>Cust. Service: (919) 575-2050<br>Fax: (919) 575-6280 |

| Contact Person | Telephone No. |
|---|---|
| BRENAN MITCHELL,     AHSA | 352-689-6101 |

| Lenses | | | (Only  Plastic Lens can be Tinted) |
|---|---|---|---|
| Extra | | Glass: _____ | Plastic: __XX__ |
| Frame or MTG | | | Tint: _____ |
| Misc. | | Photogrey: ____ | Color: _____ |
| Total Cost | | | |

| Dis-tance | Sphere | Cylinder | Axis | Prism | Direction | In DEC Out | Safety Glasses |
|---|---|---|---|---|---|---|---|
| R- | -050 | -100 | 180 | | | | Yes _____ |
| L- | -100 | -025 | 180 | | | | No  __XX__ |

| A  R- | +200 | Segment Instructions | Pupillary Width |
|---|---|---|---|
| D  L- | +200 | | |

| | Height | Width | Insert | Dist. | Near |
|---|---|---|---|---|---|
| | R- 19 | 28 | R- | R- | 69 | 66 |
| | L- 19 | | L- | L- | | |

| SEG STYLE | Glass: _____ | Round 22 | Executive | Trifocal and Type | Straight Top<br>ST 28 | Other |
|---|---|---|---|---|---|---|
| | Plastic: __XX__ | | | | | |

| Frame or Shape | Safety Frame w/ Side Shields | Eye Size | Bridge Size | Temple Length/Style |
|---|---|---|---|---|
| B384-29  Sml | | 52 | 22 | 145 |

Special Instructions: _____ Lens Only          _____ Frames Only

| Name of Ordering Official | Daniel D. Richardson, O.D.<br>Contract Optometrist<br>USP Coleman, FL. | Date 3/11/05 |
|---|---|---|
| *Daniel D. Richardson O.D.* | | |

Polais, Michael
30270-074

# USP Coleman
# Chronic Medication/Summary Sheet

Ord.Date 03/11/05  NOLAN, MICHAEL     E. CHIPI
30270-074     (0)Refills
Exp.Date 04/09/05  INSTILL 1 DROP IN BOTH EYES EACH MORNING
Rx # 50324     BRIMONIDINE TARTRATE 0.15% OPTH  #1

Ord.Date 03/11/05  NOLAN, MICHAEL     E. CHIPI
30270-074     (0)Refills
Exp.Date 04/09/05  INSTILL 1 DROP IN BOTH EYES AT BEDTIME
1 Refill given 3/23/05    ....5cc
Rx # 50323     TRAVOPROST OPHTALMIC SOLUTION 0.004% ML  #1

Ord.Date 03/23/05  NOLAN, MICHAEL     S. NIKBAHKT
30270-074     (4)Refills
Exp.Date 09/18/05  INSTILL 1 DROP IN BOTH EYES EACH MORNING
Rx # 50699     BRIMONIDINE TARTRATE 0.15% OPTH  #1

Ord.Date 03/23/05  NOLAN, MICHAEL     S. NIKBAHKT
30270-074     (5)Refills
Exp.Date 09/18/05  INSTILL 1 DROP IN BOTH EYES AT BEDTIME
Rx # 50726     TRAVOPROST OPHTALMIC SOLUTION 0.004% ML  #1

Ord.Date 06/07/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (5)Refills
Exp.Date 12/03/05  TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 53915     HYDROCHLOROTHIAZIDE 25 MG TAB  #30

Ord.Date 06/07/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (5)Refills
Exp.Date 12/03/05  TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 53914     ATENOLOL 25 MG TAB  #30

Ord.Date 06/07/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (5)Refills
Exp.Date 12/03/05  TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 53913     LISINOPRIL 10 MG TAB  #30

Ord.Date 09/15/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (2)Refills
Exp.Date 12/13/05  INSTILL 1 DROP IN BOTH EYES AT BEDTIME
Rx # 57297     TRAVOPROST OPHTH 0.004% ML  #1

Ord.Date 09/15/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (2)Refills
Exp.Date 12/13/05  INSTILL 1 DROP IN BOTH EYES EACH MORNING
Rx # 57298     BRIMONIDINE OPTH 0.15% SOL  #1

Ord.Date 12/02/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (6)Refills
Exp.Date 05/30/06  INSTILL 1 DROP IN BOTH EYES AT BEDTIME

Ord.Date 12/02/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (6)Refills
Exp.Date 05/30/06  INSTILL 1 DROP IN BOTH EYES EACH MORNING
Rx # 59805     BRIMONIDINE OPTH 0.15% SOL  #0

Ord.Date 12/02/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (6)Refills
Exp.Date 05/30/06  TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 59803     LISINOPRIL 10MG TAB  #0

Ord.Date 12/02/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (6)Refills
Exp.Date 05/30/06  TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 59802     ATENOLOL 25 MG TAB  #0

Ord.Date 12/02/05  NOLAN, MICHAEL A     S. NIKBAHKT
30270-074     (6)Refills
Exp.Date 05/30/06  TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 59801     HYDROCHLOROTHIAZIDE 25 MG TAB  #0

Ord.Date 12/19/05  NOLAN, MICHAEL A     M. TIDWELL
30270-074     (6)Refills
Exp.Date 06/16/06  INSTILL 1 DROP IN BOTH EYES TWICE DAILY
Rx # 60262     TRAVOPROST OPHTH 0.004% ML  #0

Ord.Date 12/19/05  NOLAN, MICHAEL A     M. TIDWELL
30270-074     (6)Refills
Exp.Date 06/16/06  INSTILL 1 DROP IN BOTH EYES TWICE DAILY
Rx # 60261     BRIMONIDINE OPTH 0.15% SOL  #0

Ord.Date 05/12/06  NOLAN, MICHAEL A     Z. VENDEL
30270-074     (5)Refills
Exp.Date 11/07/06  INSTILL 1 DROP INTO EACH EYE AT BEDTIME
Rx # 82201     TRAVOPROST OPHTH 0.004% ML  #30

Ord.Date 05/12/06  NOLAN, MICHAEL A     Z. VENDEL
30270-074     (5)Refills
Exp.Date 11/07/06  INSTILL 1 DROP INTO EACH EYE 2 TIMES A DAY
Rx # 82202     DORZOLAMIDE/TIMOLOL OPHTH 2% / 0.5% ML  #10

HSU

ECC Coleman, Florida

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|
| 2/23/05 | Admin nste: A E 0 P.E. done |
| 1100 | ① Lisinopril 10mg ⊤ Po daily X 90d |
| | ② Atenolol 25mg ⊤ Po daily X 90 d |
| | ③ Hydrochlorthiazide 25g ⊤ Po daily X 90d |

S. Nikbakht, PA
USP Coleman, FL

SHU

Patient Counseled on the Medication Use
Filled and Dispensed by:
Felicita Gonzalez, Pharmacist
Date: 2/24/05  Time: 12n

—SHU—

| 3/11/05 | Adm. Note: |
| 1325 | Patient seen by Optom'y. COAG. |
| | Refered to ophthalmology. |
| | described here |
| | – Falatan : one drop q hs (at bedtime) OU x 90d |
| | – Alphacon : one drop every morning OU x 90d |

Patient Counseled on the Medication Use
Filled and Dispensed by :
Felicita Gonzalez, Pharmacist
Date: 3-11-05  Time: 13Hr

M. Tidwell
Clinical Director
USP Coleman, FL

E. Chin, PA
USP COLEMAN, FL

| 3/29/05 | Adm nste: seen by the optometrist. Recall in |
| 1510 | 3 months. Awaiting ophthalmology Consult |
| | Rx → ① Alphagan 1gtt qAM OU #1 x 4 Refills |
| | from 3/9/23 |
| | ② Xalatan 1gtt qHS OU #4 Refills. |
| | Travoprost ( at bedtime ) |

S. Nikbakht, PA
USP Coleman, FL

Patient Counseled on the Medication Use
Filled and Dispensed by :
Felicita Gonzalez, Pharmacist
Date: 3/29/05  Time: 0630

M. Tidwell, MD
Clinical Director
USP Coleman, Fl

STANDARD FORM 600 (REV. 6-97) BACK

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| PROBLEM LIST | | | |
|---|---|---|---|
| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
| 2/23/05 | HTN | | |
|  | Glaucoma - Advanced | Do Not D/C ocular meds | |
|  | CSw to Rt leg-1994 | | |
|  | Cara-II | | |
|  | | | |
|  | CHRONIC CARE CLINIC | | |
|  | HTN | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

Penicillin

Patient Identification                          (This form may be replicated via WP)
(Name, Reg #, DOB)

Nolen, Michael
30270-074

4:07-cv-01141-JFA     Date Filed 04/30/07     Entry Number 1-1     Page 38 of 49

INMATE EDUCATION DATA
TRANSCRIPT

11-08-2005
13:03:17

PAGE 001

REGISTER NO: 30270-074
FORMAT....: TRANSCRIPT

NAME..: NOLAN
RSP OF: COP-COLEMAN I USP

---

EDUCATION INFORMATION

FACL ASSIGNMENT DESCRIPTION                        START DATE/TIME   STOP DATE/TIME
TOP   ESL HAS    ENGLISH PROFICIENT                03-14-2005 0001   CURRENT
TOP   GED ZP     EXEMPT GED PROMOTABLE TO PG 1     11-02-2005 1005   CURRENT

---

EDUCATION COURSES

SUB-FACL   DESCRIPTION                              START DATE   STOP DATE    EVNT  AC  LV  HRS
COP CODE   GED M-F, 0830-1030                       09-20-2005   11-02-2005   P     W   I   27
COP CODE   RPP5 RELEASE REQUIREMENT CLASS           09-29-2005   09-29-2005   P     C   P   1

---

HIGH TEST SCORES

TEST   SUBTEST       SCORE   TEST DATE      TEST FACL   FORM   STATE
TEST   LANGUAGE      2.2     08-11-2005     COP         E
ABLE   NUMBER OPR    4.1     08-11-2005     COP         E
       PROB SOLV     7.0     08-11-2005     COP         E
       READ COMP     6.2     08-11-2005     COP         E

G0002

MORE PAGES TO FOLLOW . . .

# MEDICAL REPORT OF DUTY STATUS

NAME

| ADDRESS | | HOSPITAL REGISTRATION NO. |
|---|---|---|

**INPATIENT**

INCLUSIVE DATES OF TREATMENT

From: 10/18/05  Through: **indefinite**

**OUTPATIENT**

TIME ARRIVED        TIME DEPARTED

DATE LEN
**MICHAEL**

occupation

| DISPOSITION | DATE | A.M./P.M. | Can perform limited duties as specified under REMARKS | DATE | A.M./P.M. |
|---|---|---|---|---|---|
| To return | | DATE | To be hospitalized | | DATE |

OTHER (Specify)

REMARKS

**No School - indefinite**

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| | M. Delatamon, PA, PA USP Coleman, FL | 10/18/05 |

## INFORMAL RESOLUTION DOCUMENTATION FORM

Inmates and staff are required to attempt an informal resolution of all complaints/requests prior to the filing of an administrative remedy.

An inmate with a valid complaint must complete the first three sections below and submit this form to his correctional counselor. Only ONE request per form.

Inmate Name: _Michael A Nolan_ Reg. No._30270-074_ Unit: _AA_

Date Form Issued to Inmate: _6/22/06_ Date Received From Inmate: _6·25-06 am_

### SECTION I:  INMATE COMPLAINT/ACTION:

1. Nature of complaint/request - include date of incident: _on 5/09/06 Ms Mack, education superviso went into the inmate profile system, and removed me from exempt GED status. I was placed on it on 11/03/05 at USP Coleman I, for severe glaucoma. According to the eye specialist, I am legally blind, as attempting to read causes a strain on my eyes which cause me to suffer severe migrane headaches._

2. Relief requested - state briefly: _To immediately be placed back on GED exempt status unti after I have received the proper medical treatment to relieve the severe glaucoma condi tion that I suffer from, so that I am not subject to undue pain and discomfort. That the above mentioned staff as well as below mentioned staff be disciplined for —_

3. Efforts made to resolve the problem (include contacts with staff, written cop-outs, etc.): _I spoke with several staff such as Ms.Mack, Ms.Bradley, Ms. Bush and Dr. Vandel, as a matter of fact I was present when Dr. vandel told Ms. Bush that I was unable to attend school because I could not see well enough at this time._

### SECTION II: Staff Action:    Informally Resolved ( )  Unable To Resolve (✓)

COUNSELOR'S COMMENTS (Include efforts to resolve informally): _See attachment_

BP-9 Issued:    Yes (✓)   Date: _7/5/06_    No ( )

_D. Williams 7/5/06_
Counselor's Signature/Date

_C Rhodes  7/5/06_
Unit Manager's Signature/Date

THIS INFORMAL RESOLUTION FORM MUST BE ATTACHED TO THE BP-9

2. Relief requested: their unprofessional behavior, as BoP policy is not being followed, but solely "the policy of what ever my coworker says is policy, as I refuse to correct him/her in accordance with my duties." How else can an education staff override a medical doctors decision! When it is against BoP policy to do so.

Nolan, Michael
Register Number: 30270-074

This is in response to your Request for Informal Resolution receipted on June 30, 2006, wherein you request to have the GED ZP exemption status reinstated until you have received proper medical treatment. You state BOP policy is not being followed.

According to Program Statement 5350.28, the GED ZP exemption status must be reviewed of all newly admitted or transferred inmates as a part of the education procedures for the Admission and Orientation program. Investigation reveals you were interviewed on May 4, 2006 by education staff as part of the Admission and Orientation program. At that time, your GED ZP exemption status was reviewed by the supervisor of education. She explained to you that the matter would be researched, but preliminarily stated to you that your condition did not meet any of the criteria for such an exemption, as indicated in Program Statement 5350.25, Literacy Program (GED Standard). After further researching policy, your GED ZP exemption status was revoked on May 9, 2006 by the supervisor of education, as your condition did not meet any of the criteria for such an exemption. You were also advised you were mandated to attend the Literacy Program, as required by PS 5350.25, for a minimum of 240 hours.

Investigation also reveals, in accordance with PS 5350.25, this exemption is only granted in special cases, after education staff thoroughly determine that the inmate cannot further benefit from any aspect of the literacy program or when a qualified medical or psychology staff member, together with the SOE, confirms that an inmate has an extremely serious and irreversible medical or psychological condition, that even when treated, prevents the inmate from benefitting from the literacy program. There is no documentation, medical or otherwise, to support that learning has been curtailed or that your ability to learn has stopped due to your current medical condition. Consequently, your medical condition, glaucoma, as with blindness and schizophrenia, does not warrant this type of exemption, because accommodations can be made within the classroom. Additionally, you are currently being treated for this condition with medication.

Accordingly, your Request for Information Resolution is denied, as your current condition neither meets the criteria identified in PS 5350.25, nor is it identified as an "extremely serious irreversible medical condition, that even when treated, prevents you from benefitting from the Literacy program." You have only completed 24 hours of instruction, not the required 480 hours for this type of exemption. Adequate accommodations can be made in the classroom in order for learning to take place, and lastly, you are being treated with medication.


_____                    7/3/06
Katheryn L. Mack, Supervisor of Education            Date

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Nolan, Michale A.__     __30270-074__    __AA__    __FCI ESTILL__
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**   This request for Administrative Remedy is prepared according to Program Statement 1330.13, wherein this Administrative Remedy has been prepared by another inmate, due to circumstance beyond my control, for I suffer from a irreversible case of advanced glaucoma.

This request for Administrative Remedy is in response to the denial of my Informal Resolution, wherein Ms. K. Mack, the (SOE) here at FCI Estill, has revoked my GED ZP exemption status.

Ms. Mack, the (SOE) took it upon herself to revoke my GED ZP EXEMPTION status, for she says my, "current condition neither meets the criteria identified in PS 5350.25, nor is it identified as an extremely serious irreversible medical condition, that even when treated, pervents you from benefitting from the Literacy program. You have only completed 24 hours of instruction, not the required 480 hours for this type of exemption. Adequate accommodations can be made in the classroom in order for learning to take place, and lastly, you are being treated with medication."

**PLEASE SEE INFORMAL RESOLUTION DOCUMENTION RESPONSE, MEDICAL FILE, AND ADMINISTRATIVE REMEDY ATTACHMENT.**

__7/13/06__
    DATE

                      _Michale Nolan_
                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

 

_____
         DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

                                        CASE NUMBER: _____

**ORIGINAL: RETURN TO INMATE**

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
     DATE         Printed on Recycled Paper          RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                         BP–229(13)
                                                         APRIL 1982

U.S. Department of Justice

Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __NOLAN, MICHAEL A._____    __30270-074____    __AA__    __FCI ESTILL____
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL :** This request for a Regional Appeal to the Regional Director is prepared in accordance to Program Statement 1330.13, wherein this Regional Appeal has been prepared by another inmate, due to a circumstance beyond my control, for I suffer from an irreversible case of advance glaucoma.

This request for a Regional Appeal is in response to the denial of Administrative Remedy ID as 419893-F1. **(SEE REQUEST FOR ADMINISTRATIVE REMEDY WITH PART B - RESPONSE).**

Wherein, the Warden here at FCI Estill has stated:

"There is not any documentation, medical or othewise, to support that learning has been curtailed, that your ability to learn has stopped, or that the literacy program would not benefit you, due to your current condition."

**(SEE REGIONAL APPEAL ATTACHMENT AND MEDICAL RECORDS IN IT'S ENTIRETY MARKED PAGES 1-29).**

__8-15-06_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____    _____
DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                         CASE NUMBER: _____

**Part C - RECEIPT**                                    CASE NUMBER: _____

Return to: _____    _____    _____    _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT:_____

_____    _____
DATE                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

NOLAN, MICHAEL A.     REGIONAL APPEAL ATTACHMENT     REG. NO. 30270-074

The Warden has also stated:

" Your education transcript only reveals you were administered the Adult Basic Learning Examination (ABLE) on August 11,2005, and enrolled in a literacy class on September 20,2005, completing twenty-seven instructional hours before your withdrawal on November 2,2005. " Lastly, " most medical conditions (e.g., blindness, Schizophrenia) do not warrant this type of exemption, because accommodations can be given or the inmate can be treated with medication." For these reasons, your GED ZP Exemption status was revoked on May 9,2006, by the Supervisor of education, as your education file documentation did not meet any of the above-stated criteria for such an exemption. The super-visor of education will determine and provide the necessary accommodations, based on your medical condition, to further assist your literacy needs."

After reading these noble and caring words, I can only say if there were any truth to them, I may have shed a tear. Warden, Matthew B. Hamidullah, has failed in doing what his fellow colleague had done, followed Bureau policy.

Mr. Regional Director, or whom it may concern, my point is this. Here it is, I'm suffering from a irreversible case of advance glaucoma..The medication that I'm being treated with does not help me to see, it only relieves pressure from my eyes. I am legally blind. Accomodations are not being made available! The SOE of FCI Estill, has not shown that she knows how to help me with literacy needs when it comes to my medical condition (e.g., to teach me how to read Braille, or have braille learning material available) all I am doing in class is sitting with a pair of headphone on listening to stories such as: BLACKBEAUTY, JOHNNY APPLESEED, AND HUCKLEBERRY FINN. Even though these are good stories, how do they develop foundational knowledge and skill in reading, math, and written expression, to prepare me to get a General Educational Development (GED) Credential, which is the basic academic requirement for most entry-level jobs. This is why I am saying that policy is not being followed. I've been enrolled in school sense the 7-8-06, and have yet to take the ABLE TEST to see where my standings are.

When I was at USP Coleman, the Warden took the time to see if the education department would be able to provide the necessary accommodations, when it was found out that they would not, he granted me the ZP Exemption status. If the Warden here at FCI Estill, would have taken the time to come over to the education department he would have seen that they are not providing me the necessary accommodations

Futhermore, I have provided a copy of my medical records in it's entirety with all documentation about my eyes. And I ask you to keep in mind, that one of your other Warden gave his approval for ZP Exemption. Do you think a Warden of a BOP Institution would make an approval against the same policy we are talking about, and if I didn't have the proper documentation medically or educational on file?

Relief: Provide me the necessary accommodations to gain a GED, or place me back on EXEMPT GED PROMOTABLE TO PAYGRADE 1.

Regional Administrative Remedy Appeal No. 419893-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
August 18, 2006. You assert agency policy requires staff to either provide special
accommodations or exempt you from the General Equivalency Diploma (GED)
program. As relief, you request the necessary accommodations to gain a GED, or have
the GED ZP exempt status reinstated.

Based on our review, the Warden's response adequately addresses the concerns
raised in your appeal. Further, you provide no new information in this matter beyond
that which you supplied in your initial Request for Administrative Remedy. As you were
previously informed, documentation, medical or otherwise, fails to support learning has
been curtailed or the literacy program would not benefit you, due to your current
medical condition. You provide no information to support your assertion that staff acted
contrary to agency policy.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with
this response, you may appeal to the Office of General Counsel, 320 First Street, NW,
Washington, DC 20534. Your appeal must be received in the Office of General
Counsel within 30 calendar days of the date of this response.

_____9-8-06_____
Date

_____
Regional Director, SERO

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **NOLAN, MICHAEL A.**          **30270-074**          **AA**          **FCI ESTILL**
         LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** This request is a Central Administrative Remedy Appeal to the General Counsel, it is prepared in accordance to program statement 1330.13, wherein this Central office appeal has been prepared by another inmate due to circumstance beyond my control for I suffer from an irreversible case of advance glaucoma; it is also in response to the denial of Regional Administrative remedy appeal No. 419893-R1. **(SEE ADMINISTRATIVE REMEDY ID AS 419893-R1,** _And Copy of_ **ADMINISTRATIVE REMEDY ID AS 419893-F1, AND INFORMAL RESOLUTION DOCUMENTION).** _My Medical File._

Wherein, the Regional Director has stated:
    You provide no information to support your assertion that staff acted contrary to agency
    policy.

Has any one actually taken the time to read my medical file? Due to my medical condition I suffer from advance glaucoma. Glaucoma is a disease of the optic nerve- the part of the eye that carries the images we see to the brain. The optic nerve is made up of many nerve fibers, like an electric cable containing numerous wires. When damage to the optic nerve fibers occurs, blind spots develop. These blind spots usually go undetected until the optic nerve is significantly damaged. **(ADVANCE GLAUCOMA).** If the entire nerve is destoryed, blindness results. **(SEE ATTACHMENT)**

_____          _____
7-22-06                              SIGNATURE OF REQUESTER
DATE

**Part B - RESPONSE**



_____
DATE                                    GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE       CASE NUMBER: **419893-A1**

**Part C - RECEIPT**                                    CASE NUMBER: _____

Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____          _____
DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

UPN LVN          PRINTED ON RECYCLED PAPER

NOLAN, MICHAEL A.          CENTRAL OFFICER ADMINISTRATIVE ATTACHMENT     REG. NO. 30270-074

Now, that I've explained the medical condition I suffer from, let me take the time to explain your literacy program to you. Program Statement 5350.28 states:

The literacy program is designed to help inmates develop foundational knowledge and skill in reading, math, and written expression, and to prepare inmates to get a General Educational Development (GED) credential. A high school diploma is the basic academic requirement for most entry-level jobs. People who function below this level often find it very difficult to get a job and carry out daily activities.

The completion of the literacy program is often only the first step towards adequate preparation for successful post-release reintegration into society. Additional educational programs such as advanced occupational training or college are increasingly needed in today's technical world. Our literacy standard (BOP) reflects those in communities where we will release federal inmates.

Through our literacy program, (BOP) we help inmates develop the skills needed to compete for available jobs and cope with post-release community, family, and other responsibilites.

After reading what I've written from the Literacy Program Statement, it can only be seen that staff are not following the standard set forth by the agency policy. The SOE, the Warden, and the Regional Director are saying that there is nothing in my medical file or otherwise that learning has been curtailed or that the literacy program will not benefit me, due to my medical condition.

Understand I cannot see the type of literacy program curriculum that is given to normal people. To make accommodation avilable, and saying you are going too, are two different things. To have someone read the curriculum to me and then I pick the answer is not preparing me to function in todays society nor is it going to help me with the next step for additional educational programs such as advanced occupational training. And you say, our literacy standard (BOP) reflects those in communities where we will release federal inmates. With my medical condition, whose fooling who.

RELIEF: Provide the proper accommodations for a person suffing with my medical condition, so that I will be able to complete the curriculum on an independent bases so that it will benefit me so that I may proceed to the next step (occupational training) to allow me to function in todays society; or PLACE ME BACK ON EXEMPT GED PROMOTABLE TO PAYGRADE 1, OR SEND ME TO A PRISON THAT HAVE THE PROPER ACCOMMADATIONS FOR A PERSON SUFFERING WITH MY MEDICAL CONDITION.

**Administrative Remedy No. 419893-A1**
**Part B - Response**

You request to have your GED ZP exemption reinstated due to your glaucoma condition.

Relevant portions of your medical record have been reviewed which reveal your GED ZP exemption status was revoked on May 9, 2006, as your glaucoma condition does not meet any of the criteria for granting an exemption. Further review of your medical record reveals you do suffer from severe glaucoma, however, accommodations can be provided.

Your appeal is denied.

November 15, 2006
_____
Date

Harrell Watts, Administrator
National Inmate Appeals