USDC
RECEIVED

2007 APR 26  P 1: 18

EXHIBIT

B

Ex. Or. No. 12250 of Nov. 2, 1980, § 1-501, 45 Fed. Reg. 72995, which appears as a note to this section. It provided for coordination by the Attorney General of enforcement of Title VI of the Civil Rights Act of 1964. **Leadership and coordination of nondiscrimination laws.** Ex. Or. No. 12250 of Nov. 2, 1980, 45 Fed. Reg. 72995, provided:

"By the authority vested in me as President by the Constitution and statutes of the United States of America, including section 602 of the Civil Rights Act of 1964 (42 U.S.C. 2000d-1 [this section]), Section 902 of the Education Amendments of 1972 (20 U.S.C. 1682 [20 USCS § 1682]), and Section 301 of Title 3 of the United States Code [3 USCS § 301], and in order to provide, under the leadership of the Attorney General, for the consistent and effective implementation of various laws prohibiting discriminatory practices in Federal programs and programs receiving Federal financial assistance, it is hereby ordered as follows:

"1-1. *Delegation of Function.*

"1-101. The function vested in the President by Section 602 of the Civil Rights Act of 1964 (42 U.S.C. 2000d-1) [42 USCS § 2000d-1], relating to the approval of rules, regulations, and orders of general applicability, is hereby delegated to the Attorney General.

"1-102. The function vested in the President by Section 902 of the Education Amendments of 1972 (20 U.S.C. 1682) [20 USCS § 1682], relating to the approval of rules, regulations, and orders of general applicability, is hereby delegated to the Attorney General.

"1-2. *Coordination of Nondiscrimination Provisions.*

"1-201. The Attorney General shall coordinate the implementation and enforcement by Executive agencies of various nondiscrimination provisions of the following laws:

"(a) Title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq.) [42 USCS §§ 2000d et seq.]).

"(b) Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.) [20 USCS §§ 1681 et seq.].

"(c) Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794) [29 USCS § 794]).

"(d) Any other provision of Federal statutory law which provides, in whole or in part, that no person in the United States shall, on the ground of race, color, national origin, handicap, religion, or sex, be excluded from participation in, be denied the benefits of, or be subject to discrimination under any program or activity receiving Federal financial assistance.

"1-202. In furtherance of the Attorney General's responsibility for the coordination of the implementation and enforcement of the nondiscrimination provisions of laws covered by this Order, the Attorney General shall review the existing and proposed rules, regulations, and orders of general applicability of the Executive agencies in order to identify those which are inadequate, unclear or unnecessarily inconsistent.

"1-203. The Attorney General shall develop standards and procedures for taking enforcement actions and for conducting investigations and compliance reviews.

"1-204. The Attorney General shall issue guidelines for establishing reasonable time limits on efforts to secure voluntary compliance, on the initiation of sanctions, and for referral to the Department of Justice for enforcement where there is noncompliance.

414

"1-205. The Attorney General shall establish and implement a schedule for the review of the agencies' regulations which implement the various nondiscrimination laws covered by this Order.

"1-206. The Attorney General shall establish guidelines and standards for the development of consistent and effective recordkeeping and reporting requirements by Executive agencies; for the sharing and exchange by agencies of compliance records, findings, and supporting documentation; for the development of comprehensive employee training programs; for the development of effective information programs; and for the development of cooperative programs with State and local agencies, including sharing of information, deferring of enforcement activities, and providing technical assistance.

"1-207. The Attorney General shall initiate cooperative programs between and among agencies, including the development of sample memoranda of understanding, designed to improve the coordination of the laws covered by this Order.

"1-3. *Implementation by the Attorney General.*

"1-301. In consultation with the affected agencies, the Attorney General shall promptly prepare a plan for the implementation of this Order. This plan shall be submitted to the Director of the Office of Management and Budget.

"1-302. The Attorney General shall periodically evaluate the implementation of the nondiscrimination provisions of the laws covered by this Order, and advise the heads of the agencies concerned on the results of such evaluations as to recommendations for needed improvement in implementation or enforcement.

"1-303. The Attorney General shall carry out his functions under this Order, including the issuance of such regulations as he deems necessary, in consultation with affected agencies.

"1-304. The Attorney General shall annually report to the President through the Director of the Office of Management and Budget on the progress in achieving the purposes of this Order. This report shall include any recommendations for changes in the implementation or enforcement of the nondiscrimination provisions of the laws covered by this Order.

"1-305. The Attorney General shall chair the Interagency Coordinating Council established by Section 507 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794c) [29 USCS § 794c].

"1-4. *Agency Implementation.*

"1-401. Each Executive agency shall cooperate with the Attorney General in the performance of the Attorney General's functions under this Order and shall, unless prohibited by law, furnish such reports and information as the Attorney General may request.

"1-402. Each Executive agency responsible for implementing a nondiscrimination provision of a law covered by this Order shall issue appropriate implementing directives (whether in the nature of regulations or policy guidance). To the extent permitted by law, they shall be consistent with the requirements prescribed by the Attorney General pursuant to this Order and shall be subject to the approval of the Attorney General, who may require that some or all of them be submitted for approval before taking effect.

"1-403. Within 60 days after a date set by the Attorney General, Execu-

tive agencies shall submit to the Attorney General their plans for implementing their responsibilities under this Order.

"1-5. *General Provisions.*

"1-501. Executive Order No. 11764 is revoked. The present regulations of the Attorney General relating to the coordination of enforcement of Title VI of the Civil Rights Act of 1964 shall continue in effect until revoked or modified (28 CFR 42.401 to 42.415).

"1-502. Executive Order No. 11914 is revoked. The present regulations of the Secretary of Health and Human Services relating to the coordination of the implementation of Section 504 of the Rehabilitation Act of 1973, as amended [29 USCS § 794], shall be deemed to have been issued by the Attorney General pursuant to this Order and shall continue in effect until revoked or modified by the Attorney General.

"1-503. Nothing in this Order shall vest the Attorney General with the authority to coordinate the implementation and enforcement by Executive agencies of statutory provisions relating to equal employment.

"1-504. Existing agency regulations implementing the nondiscrimination provisions of laws covered by this Order shall continue in effect until revoked or modified.".

## CODE OF FEDERAL REGULATIONS

Office of Personnel Management—Intergovernmental Personnel Act programs, 5 CFR Part 900.

Office of the Secretary of Agriculture—Nondiscrimination, 7 CFR Part 15.

Food and Consumer Service, Department of Agriculture—Determining eligibility for free and reduced price meals and free milk in schools, 7 CFR Part 245.

Nuclear Regulatory Commission—Nondiscrimination in federally assisted Commission programs, 10 CFR Part 4.

Department of Energy—Nondiscrimination in federally assisted programs, 10 CFR Part 1040.

Small Business Administration—Nondiscrimination in federally assisted programs of SBA—effectuation of Title VI of the Civil Rights Act of 1964, 13 CFR Part 112.

National Aeronautics and Space Administration—Nondiscrimination in federally-assisted programs of NASA—effectuation of Title VI of the Civil Rights Act of 1964, 14 CFR Part 1250.

Office of the Secretary of Commerce—Nondiscrimination in federally assisted programs of the Department of Commerce—effectuation of Title VI of the Civil Rights Act of 1964, 15 CFR Part 8.

National Aeronautics and Space Administration—Nondiscrimination in federally-assisted programs—effectuation of Title VI of the Civil Rights Act of 1964, 18 CFR Part 705.

Tennessee Valley Authority—Nondiscrimination in federally-assisted programs of TVA—effectuation of Title VI of the Civil Rights Act of 1964, 18 CFR Part 1302.

Department of State—Nondiscrimination in federally-assisted programs of the Department of State—effectuation of Title VI of the Civil Rights Act of 1964, 22 CFR Part 141.

Federal Highway Administration, Department of Transportation—Title VI pro-